7-22CV-049-O

To Whom It May Concern:

I suffer from manic bipolar/depression, PTSD & insomnia. I am not from Wichita Falls but I came here in November 2019. December 8, 2019 I came to jail. Before entering I had a bipolar episode & when I got to jail they immediately began shooting me with darts & tasers. I don't know why because I wasn't even fighting them.

When I made it upstairs I was already scared & so I layed on the floor. Ask officer Walther in transport. When I woke up I didn't know where I was so I hit the light & sat in the dark. When they came to the door they had guns & were trying to put something through the hole & I pushed my blanket through to stop it. Then when they popped the door I ran out down the hall. I guess in the process Cpl. Prouton's glasses were knocked off his face but I did NOT hit or try to intentionally hit him. Well, they pulled me to the floor & tasered me & shot me like 8 times. In my back, stomach, leg, side & <u>vagina</u>.

Though I wasn't in my right state of mind, I remember that I couldn't move my body.

The nurse had to put ointment & bandages on me. Also the taser in my vagina gave me an infection & I had to get treated for it. The mental health staff came to see me almost everyday & said they wouldn't let me leave until I got stabilized on my meds. So, come to find out as I'm leaving that I was being charged with Assault on a Bondservant. And Houston says I "scratched" him. (A cover-up for them tasering & shooting me.)

On 4-28-2021 I came to jail on a criminal trespass & resisting arrest. Upon coming in the automatically put me in ad-seg. When I went to court they gave me a PR Bond for the criminal trespass & the judge said something to me I did not understand and I got up & walked toward the door crying. Mind you I'm shackled from head to toe. They put on my door that I'm an "Escape Risk". They had me on a level 3 where I had to be cuffed to do anything like I'm some hard core criminal. They placed a note on my door so I decided to pull the paper off & read it. It read: "Aggressive, Erractic, & Unpredictable proceed with caution." They just labeled me. So, I'm looking like no wonder all the staff

are coming to look at me & taking turns to clean my room to look & gawk at me. It was bad enough my picture looked terrible so I put on the window "Nigger, Beware." But, I placed a note asking why was this "escape risk" being planted on my door & I had not even assaulted anyone & I told my lawyer. They would cut the air off just to see the girls strip naked. Because it was that HOT. The men came back to back to my door. The more I would tell them to go away, the more came. They would get mad & put their finger-prints in my food, hair etc.. I would eat for days. I would write it up & no one done anything about it. Well, Ms. Patterson came in & I wrote her a note asking if she could help me get out of jail. She turned the note in & Ms. Jackson came to my door asking me to explain why I wrote the note (angry). I did not hold it against Patterson she was only doing her job. Well, about a month later I was laying on the floor sleep & officer Patterson came in. When she came to my door I made a comment & turned over. The next thing I know "Feces" was coming through the door. I got up off the floor to see who it was, it was Ms. Patterson.

That was June 3rd I believe. A officer (older guy) came to chain me up to clean. She cleaned the room & left the "wet faces" even the male officer was like she missed the whole spot. The next day breakfast came. I open my tray & there's "clumps" of hair in my tray. I did not eat it, I gave her the tray & laid down. Everybody including the inmates were laughing. That night she came in & came to my door to clean. Ms. Brucher placed the cuffs on me & I slid out of one & I tried to slap Ms. Patterson but she pulled away before I could make contact with her so I kinda grazed her. When I tried to free myself from the other cuff Brucher pushed me in the room. When the officers came upstairs they asked Patterson what happened. She said "Sanders thinks I put hair in her food". And walked away. I never said anything about it though. Brucher said "Sanders has NEVER been a problem, thats strange." She didn't even write a disciplinary (Patterson) other officers that wasn't even there did. When I went to court I found out I had a Aggravated Charge at $15,000. I asked around why had I gotten a aggravated charge. One of the guys said "Didn't you hit her in the face with leg irons?" I said if I would've hit her with leg irons I would've been tasered & not

only that it would've left a mark. So after the incident I guess she felt guilty & keep trying to be around me. So I asked her in front of Amanda Solomon why did she say I hit her with leg irons. She said "the other officers looked at the video & it looked like I hit her with cuffs so she went along with it. When I told her I was looking at 15 years she said "I will go to court for you". I said can you write a statement she said "I might lose my job". Kimberly Brunson & Amanda Solomon was there & Brucker seen the whole thing. They kept me in the hoe booths. I had been writing grievances up until the day this happened & nothing was done. They stopped my mental health meds cold turkey on 3-4-22 till 3-11-22. I had to have my family call up here. There is @ so much more I'd like to tell you but I would like to file a civil suit against this place for slander, discrimination, excessive use of force.

Can you point me in the right direction. They have Garcia working the seg-pod pregnant! So much. I hope this falls into the right hands. Thank you.

Letura Sanders #572161
Wichita Co. Jail
P.O. Box 8466
Wichita Falls, Tx
76301

Inmate Correspondence
Wichita County, Texas
Detention Center

Federal Courthouse
1000 Lamar St
Wichita Falls, Tx
76301



NORTH TEXAS TX P&DC
DALLAS TX 750
19 MAY 2022  PM 10 L



Legal Mail

76301-340299


RECEIVED
MAY 23 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS



FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019